585 A.2d 344
STATE OF NEW JERSEY v. ROBERT THOMAS BROWN.

July 10, 1990.

Petition for certification denied.

585 A.2d 344
STATE OF NEW JERSEY v. CARLOS HERRERA.

July 10, 1990.

Petition for certification denied.

585 A.2d 345
STATE OF NEW JERSEY v. JOSEPH F. SZYMANSKY.

July 10, 1990.

Petition for certification denied.

585 A.2d 345
STATE OF NEW JERSEY v. ANDRE JUDSON.

July 10, 1990.

Petition for certification denied.

585 A.2d 345
STATE OF NEW JERSEY v. ARTIS KATO.

July 10, 1990.

Petition for certification denied.